# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2025

### NO. 03-25-00301-CV

**Zachary A. Powell, Appellant**

**v.**

**Julia Gunn Powell, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order signed by the trial court on May 1, 2025. Having reviewed the record, the Court holds that Zachary A. Powell has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.